# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| FAMILY HEALTH CHIROPRACTIC, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) ) | Civil Action No.: 2:17-cv-639-GCS-KAJ  Judge George C. Smith  Magistrate Judge Jolson |
| Plaintiffs, | ) ) | |
| v. | ) ) | **JOINT STIPULATION OF DISMISSAL** |
| BANC CERTIFIED MERCHANT SERVICES, LLC and JOHN DOES 1-5, | ) ) ) | |
| Defendants. | | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Family Health Chiropractic Center, Inc. and Defendant Banc Certified Merchant Services, LLC hereby stipulate to the dismissal of this action with prejudice. Plaintiff is to bear costs.

Dated: December 8, 2017

                                                                                                    Respectfully submitted,

                                                                                   */s/Matthew E. Stubbs*
GEORGE D. JONSON (0027124)
MATTHEW E. STUBBS (0066722)
MONTGOMERY, RENNIE & JONSON
36 E. Seventh Street, Suite 2100
Cincinnati, Ohio  45202
(513) 241-4722
(513) 241-8775 (fax)
Email:  gjonson@mrjlaw.com
          mstubbs@mrjlaw.com

*Counsel for Family Health Chiropractic, Inc.*

*/s/James R. Leickly*
JAMES R. LEICKLY (0038309)
400 South Fifth Street, Suite 200
Columbus, Ohio 43215
(614) 475-5174
(614) 241-2169 (fax)
Email: James@Leicklylaw.com

*Counsel for Banc Certified Merchant Services, LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 8, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

*/s/Matthew W. Stubbs*